UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC.
a Nevada corporation,

        Plaintiff,

vs.                              CASE NO. 6:10-cv-488-Orl-22GJK

ALTIMA COMPUTERS, INC., a Florida
corporation; COOLERGUYS.COM, INC., a
Nevada corporation; CPUTOPIA, LLC, a
Nevada limited liability company;
FRONTIERPC.COM COMPUTER LLC, a
Delaware limited liability company; IC
INTRACOM HOLDINGS, LLC, a Florida
limited liability company; LINKDAT, INC., a
Florida corporation; MARLIN P. JONES &
ASSOCIATES, INC., a Florida corporation;
NAC GROUP, INC., a Florida corporation;
OUTLET PC.COM, a Nevada corporation;
VELOCITY MICRO, INC., a Virginia
corporation, CYBERTRON
INTERNATIONAL, INC., a Kansas
corporation; AMERICAN FUTURE
TECHNOLOGY CORPORATION, a
California corporation; SILICON
MOUNTAIN HOLDINGS, INC., a Colorado
corporation; FROZENCPU.COM, INC., a
New York corporation; and RAIDMAX
TECH., INC., a California corporation.

        Defendants.

_____/

## **NOTICE OF APPEARANCE**

COMES NOW Ava K. Doppelt of the law firm of Allen, Dyer, Doppelt, Milbrath &

Gilchrist, P.A., and hereby gives notice of appearance as counsel for Defendant Silicon

Mountain Holdings, Inc., and request that copies of all pleadings, notices, orders and

other papers in this cause be henceforth provided to the undersigned.

Respectfully submitted this <u>26th</u> day of April, 2010.

*s/Ava K. Doppelt*
Ava K. Doppelt
Florida Bar # 39378
adoppelt@addmg.com
ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**Counsel for Defendant,
Silicon Mountain Holdings, Inc**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2010, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system that then sent electronic notification to

the following:

Robert J. Stovash, Esquire
rstovash@sctlaw.com
Stovash Case & Tingley PA
SunTrust Center
200 S. Orange Avenue, Suite 1220
Orlando, Florida 32801

Kevin I. Shenkman, Esquire
kshenkman@ztllp.com
Olivier A. Taillieu, Esquire
otaillieu@ztllp.com
Zuber & Taillieu LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, California 90024

**Counsel for Plaintiff**

*s/Ava K. Doppelt*
Ava K. Doppelt
