IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC., a Nevada corporation, | CASE NO. 6:10-CV-488-ORL-22GJK |
| Plaintiff, | |
| | Trial Date: None Set |
| vs. | |
| ALTIMA COMPUTERS, INC.; COOLERGUYS.COM, INC.; CPUTOPIA, LLC; FRONTIERPC.COM COMPUTER LLC; IC INTRACOM HOLDINGS, LLC; LINKDAT INC; MARLIN P. JONES & ASSOCIATES, INC.; NAC GROUP, INC.; OUTLET PC.COM; VELOCITY MICRO, INC.; CYBERTRON INTERNATIONAL, INC.; AMERICAN FUTURE TECHNOLOGY CORPORATION; SILICON MOUNTAIN HOLDINGS, INC.; FROZENCPU.COM, INC.; and RAIDMAX TECH., INC. | |
| Defendants. | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

American Technology, Inc.

1435-1001 / 126046.1

Altima Computers, Inc.

Coolerguys.com, Inc.

CPUTopia, LLC

FrontierPC.com Computer, LLC

IC Intracom Holdings, LLC

Linkdat, Inc.

Marlin P. Jones & Associates, Inc.

NAC Group, Inc.

Outlet PC.com

Velocity Micro, Inc.

Cybertron International, Inc.

American Future Technology Corporation

Silicon Mountain Holdings, Inc.

FrozenCPU.com, Inc.

Raidmax Tech., Inc.

Zuber & Taillieu LLP

Kevin Shenkman

Stovash Case & Tingley P.A.

2.)   the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    American Technology, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conlict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning any such conflict.

Dated this 26th day of April, 2010.

By:  _____
OLIVIER A. TAILLIEU (SBN 206546)
KEVIN I. SHENKMAN (SBN 223315)
ZUBER & TAILLIEU LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, California 90024
Telephone: (310) 807-9700
Facsimile: (310) 807-9701

Attorneys for Plaintiff
AMERICAN TECHNOLOGY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF PENDENCY OF OTHER ACTIONS** has been electronically filed with the Clerk of the Court using the CM/ECF system on this 26 day of April, 2010 and which will electronically transmit an electronic copy to:

James H. Beusse, Esq.
Amber N. Davis, Esq.
BEUSSE WOLTER SANKS MORA & MAIRE, P.A.
390 North Orange Avenue
Suite 2500
Orlando, FL 32801
Telephone : (407) 926-7702
Facsimile: (407) 926-7720
jbeusse@cfl.rr.com
adavis@iplawfl.com
*Attorneys for Defendant MARLIN P. JONES & ASSOCIATES, INC.*

Sidney W. Kilgore
PENNINGTON, MOORE, WILKINSON, BELL & DUNBAR, P.A.
Island Center – Suite 900
2701 North Rocky Point Drive
Tampa, Florida 33607-5975
Telephone: (813) 639-9599
Facsimile: (813) 639-1488
skilgore@penningtonlaw.com
*Attorney for Defendant NAC GROUP, INC.*

Ava K. Doppelt, Esq.
Jeffrey S. Boyles, Esq.
ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue
Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
adoppelt@addmg.com
jboyles@addmg.com
*Attorneys for Defendant Silicon Mountain Holdings, Inc.*

By:_____
Kevin I. Shenkman