UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC., a
Nevada corporation,

Plaintiff,

v.                                                    Case No.  6:10-cv-488-Orl-22GJK

ALTIMA COMPUTERS, INC., COOLERGUYS.COM,
INC.,CPUTOPIA, LLC, FRONTIERPC.COM COMPUTER, LLC,
IC INTRACOM HOLDINGS, LLC, LINKDAT, INC., MARLIN P.
JONES & ASSOCIALTES, INC., NAC GROUP, INC., OUTLET
PC.COM, VELOCITY MICRO, INC., CYBERTON
INTERNATIONAL, INC., AMERICAN FUTURE TECHNOLOGY
CORPORATION, SILICON MOUNTAIN HOLDINGS, INC.,
FROZENCPU.COM, INC., and RAIDMAX TEC., INC.,
Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in
                   this Court, or any other Federal or State court, or administrative agency
                   as indicated below:

                   _____
                   _____
                   _____
                   _____

X
___ IS NOT         related to any pending or closed civil or criminal case filed with this
                   Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER
ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:     April 26, 2010     By: Kevin I. Shenkman
                                  Zuber & Taillieu LLP
                                  10866 Wilshire Blvd., Suite 300
_____   Los Angeles, California 90024
Counsel of Record or *Pro Se* Party  (310) 807-9700
[Address and Telephone]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been electronically filed with the Clerk of the Court using the CM/ECF system on this 26 day of April, 2010 and which will electronically transmit an electronic copy to:


James H. Beusse, Esq.
Amber N. Davis, Esq.
BEUSSE WOLTER SANKS MORA &
MAIRE, P.A.
390 North Orange Avenue
Suite 2500
Orlando, FL 32801
Telephone : (407) 926-7702
Facsimile: (407) 926-7720
jbeusse@cfl.rr.com
adavis@iplawfl.com
*Attorneys for Defendant MARLIN P. JONES &
ASSOCIATES, INC.*

Ava K. Doppelt, Esq.
Jeffrey S. Boyles, Esq.
ALLEN, DYER, DOPPELT, MILBRATH &
GILCHRIST, P.A.
255 South Orange Avenue
Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
adoppelt@addmg.com
jboyles@addmg.com
*Attorneys for Defendant Silicon Mountain
Holdings, Inc.*

Sidney W. Kilgore
PENNINGTON, MOORE, WILKINSON,
BELL & DUNBAR, P.A.
Island Center – Suite 900
2701 North Rocky Point Drive
Tampa, Florida 33607-5975
Telephone: (813) 639-9599
Facsimile: (813) 639-1488
skilgore@penningtonlaw.com
*Attorney for Defendant NAC GROUP, INC.*


By:_____
Kevin I. Shenkman