UNITED STATES DISTRICT COURT
MIDDLE DISTRICY OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC., ) <br> A Nevada corporation, ) <br>   ) <br>            Plaintiff, ) <br> Vs. ) <br>   ) CASE NO. <u>6:10-cv-488-Orl-22GJK</u> <br>   ) <br> ALTIMA COMPUTERS, INC., a Florida ) <br> Corporation; COOLERGUYS.COM, INC., a ) <br> Nevada corporation; CPUTOPIA, LLC, a ) <br> Nevada limited liability company; ) <br> FRONTIERPC.COM COMPUTER LLC, a ) <br> Delaware limited liability company; IC ) <br> INTRACOM HOLDINGS, LLC, a Florida ) <br> limited liability company; LINKDAT, INC., a ) <br> Florida corporation; MARLIN P. JONES & ) <br> ASSOCIATES, INC., a Florida corporation; ) <br> NAC GROUP, INC., a Florida corporation; ) <br> OUTLET PC.COM, a Nevada corporation; ) <br> VELOCITY MICRO, INC., a Virginia ) <br> Corporation, CYBERTRON INTERNATIONAL, ) <br> INC., a Kansas corporation; ) <br> AMERICAN FUTURE technology corporation, a ) <br> California corporation; SILICON MOUNTAIN ) <br> HOLDINGS, INC., a Colorado corporation; ) <br> FROZENCPU.COM, INC., a New York ) <br> Corporation; and RAIDMAX TECH., INC., ) <br> a California corporation. ) <br>   ) <br>            Defendants. ) <br> _____) | |

## MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE CLAIM

Defendant, LINKDAT, INC. hereby files this Motion to Dismiss Plaintiff, American Technology, Inc. (ATI), suit for failure to state valid claim upon which relief can be granted, as authorized by Federal Rule of Civil Procedure 12(b)(6).

1.      Plaintiff is AMERICAN TECHNOLOGY, INC. (ATI), and Defendant is LINKDAT, INC.

2. Plaintiff has sued Defendant for Patent Infringement.

3. In its complaint, Plaintiff did not clearly state a claim upon which relief can be granted. Therefore the Court should dismiss Plaintiff's suit against named Defendant, LINKDAT, INC.

4. The Court has authority to dismiss this suit for failure to state a valid claim upon which relief can be granted if the complaint clearly demonstrates that the Plaintiff cannot provide documentation of set facts that would entitle it to relief.

5. In the complaint, the Plaintiff alleged that Defendant, LINKDAT, INC., has infringed upon the Plaintiff's patent, U.S. Letters Patent Nos. 6,411,512, by selling, marketing, advertising, using and or making the infringed product.

6. Plaintiff attempted to state a cause of action for patent infringement. Plaintiff has not set forth essential information to solidify patent infringement.

CONCLUSION

7. Because plaintiff did not state a valid claim on which relief can be granted, the Court should dismiss the suit against Defendant, LINKDAT, INC.

Respectfully submitted,

Gideon Charles, Sr.

LINKDAT, INC.

## CERTIFICATE OF SERVICE

I certify that, on April 26, 2010, I provided a copy of the foregoing Motion to Dismiss to be served by first-class mail, postage prepaid, upon counsel at the following addresses:

STOVASH, CASE & TINGLEY, P.A.
Attention: Robert J. Stovash, Esquire
SunTrust Center
200 S. Orange Avenue, Suite 1220
Orlando, Florida  32801


ZUBER & TAILLIEU LLP
Attention: Kevin I. Shenkman, Esquire
10866 Wilshire Boulevard, suite 300
Los Angeles, California  90024

ZUBER & TAILLIEU LLP
Attention: Oliver A. Taillieu, Esquire
10866 Wilshire Boulevard, suite 300
Los Angeles, California  90024