**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**AMERICAN TECHNOLOGY, INC.,**
a Nevada corporation,

      **Plaintiff,**

vs.                                                     Case No. 6:10-cv-00488-ACC-GJK

**ALTIMA COMPUTERS, INC.,** a Florida corporation; **COOLERGUYS.COM, INC.,** a Nevada corporation; **CPUTOPIA, LLC,** a Nevada limited liability company; **FRONTIERPC.COM COMPUTER LLC,** a Delaware limited liability company; **IC INTRACOM HOLDINGS, LLC,** a Florida limited liability company; **LINKDAT, INC.,** a Florida corporation; **MARLIN P. JONES & ASSOCIATES, INC.,** a Florida corporation; **NAC GROUP, INC.,** a Florida corporation; **OUTLET PC.COM,** a Nevada corporation; **VELOCITY MICRO, INC.,** a Virginia corporation; **CYBERTRON INTERNATIONAL, INC.,** a Kansas corporation; **AMERICAN FUTURE TECHNOLOGY CORPORATION,** a California corporation; **SILICON MOUNTAIN HOLDINGS, INC.,** a Colorado corporation; **FROZENCPU.COM, INC.,** a New York corporation; and **RAIDMAX TECH., INC.,** a California corporation,

      **Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS
<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    IC Intracom Holdings, LLC
    Intracom USA, Inc.
    Shumaker, Loop & Kendrick, LLP
    All parties and attorneys of record for the plaintiff and other defendants in this case.

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

    None.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict.

Dated: May 7, 2010

/s/ J. Todd Timmerman
J. Todd Timmerman, Esquire
Florida Bar No. 0956058
ttimmerman@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

Attorney for Defendant, IC Intracom Holdings, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
J. Todd Timmerman, Esquire