## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**AMERICAN TECHNOLOGY, INC.,**
**a Nevada corporation,**

      **Plaintiff,**

**vs.**                              **Case No. 6:10-cv-00488-ACC-GJK**

**ALTIMA COMPUTERS, INC., a Florida**
**corporation; COOLERGUYS.COM, INC., a**
**Nevada corporation; CPUTOPIA, LLC, a**
**Nevada limited liability company;**
**FRONTIERPC.COM COMPUTER LLC, a**
**Delaware limited liability company; IC**
**INTRACOM HOLDINGS, LLC, a Florida**
**limited liability company; LINKDAT, INC., a**
**Florida corporation; MARLIN P. JONES &**
**ASSOCIATES, INC., a Florida corporation;**
**NAC GROUP, INC., a Florida corporation;**
**OUTLET PC.COM, a Nevada corporation;**
**VELOCITY MICRO, INC., a Virginia**
**corporation; CYBERTRON**
**INTERNATIONAL, INC., a Kansas**
**corporation; AMERICAN FUTURE**
**TECHNOLOGY CORPORATION, a**
**California corporation; SILICON**
**MOUNTAIN HOLDINGS, INC., a Colorado**
**corporation; FROZENCPU.COM, INC., a**
**New York corporation; and RAIDMAX**
**TECH., INC., a California corporation,**

      **Defendants.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____   IS          related to the pending or closed civil or criminal case(s) previously filed
in this Court, or any other Federal or State court, or administrative
agency as indicated below:

_____
_____
_____
_____

   x    IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: May 7, 2010

/s/ J. Todd Timmerman
J. Todd Timmerman, Esquire
Florida Bar No. 0956058
ttimmerman@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

Attorney for Defendant, IC Intracom Holdings, LLC

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on  May 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ J. Todd Timmerman
J. Todd Timmerman, Esquire