UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC.,
a Nevada corporation,

                Plaintiff,

vs.

ALTIMA COMPUTERS, INC.,
a Florida corporation,
COOLERGUYS.COM, INC. a
Nevada corporation, CPUTOPIA, LLC,
a Nevada limited liability company,
FRONTIERPC.COM COMPUTER LLC, a
Delaware limited liability company, IC
INTRACOM HOLDINGS, LLC, a Florida limited
liability company, LINKDAT, INC., a Florida
corporation, MARLIN P. JONES &
ASSOCIATES, INC., a Florida corporation, NAC
GROUP, INC., a Florida corporation, OUTLET
PC.COM, a Nevada corporation, VELOCITY
MICRO, INC., a Virginia corporation,
CYBERTRON INTERNATIONAL, INC., a
Kansas corporation, AMERICAN FUTURE
TECHNOLOGY CORPORATION, a California
corporation, SILICON MOUNTAIN
HOLDINGS, INC., a Colorado corporation,
FROZENCPU.COM, a New York corporation,
and RAIDMAX TECH, INC., a California
corporation,

                Defendants.

Case No. 6:10-cv-488-Orl-22GJK

**NOTICE OF PENDENCY OF OTHER ACTIONS BY
THE DEFENDANT, NAC GROUP, INC.**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                                                            _____
                                                            _____
                                                            _____

  __X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 18 May 2010

                                            **s/ Sidney W. Kilgore**
                                            Sidney W. Kilgore, TRIAL COUNSEL
                                            Florida Bar No. 0558907
                                            Pennington, Moore, Wilkinson,
                                                 Bell & Dunbar, P.A.
                                            Island Center – Suite 900
                                            2701 North Rocky Point Drive
                                            Tampa, Florida 33607-5975
                                            Tel. 813.639.9599
                                            Fax 813.639.1488
                                            E-mail: skilgore@penningtonlaw.com

## Certificate of Service

I HEREBY CERTIFY that on 18 May 2010, I electronically filed the foregoing *Defendant, NAC Group's Certificate of Interested Persons and Corporate Disclosure Statement* using the CM/ECF system.  I further certify that I mailed the aforesaid document and the notice of electronic filing to the following non-CM-ECF participants:

Linkdat, Inc.
Gideon Charles, Sr., President
9016 Lem Turner Road
Jacksonville, Florida 32208

**s/ Sidney W. Kilgore**
Sidney W. Kilgore, TRIAL COUNSEL
Florida Bar No. 0558907
Pennington, Moore, Wilkinson,
   Bell & Dunbar, P.A.
Island Center – Suite 900
2701 North Rocky Point Drive
Tampa, Florida 33607-5975
Tel. 813.639.9599
Fax 813.639.1488
E-mail: skilgore@penningtonlaw.com
