UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC.,
a Nevada corporation,

Plaintiff,

vs.                                                      Case No. 6:10-cv-00488-ACC-GJK

ALTIMA COMPUTERS, INC., a Florida corporation; COOLERGUYS.COM, INC., a Nevada corporation; CPUTOPIA, LLC, a Nevada limited liability company; FRONTIERPC.COM COMPUTER LLC, a Delaware limited liability company; IC INTRACOM HOLDINGS, LLC, a Florida limited liability company; LINKDAT, INC., a Florida corporation; MARLIN P. JONES & ASSOCIATES, INC., a Florida corporation; NAC GROUP, INC., a Florida corporation; OUTLET PC.COM, a Nevada corporation; VELOCITY MICRO, INC., a Virginia corporation; CYBERTRON INTERNATIONAL, INC., a Kansas corporation; AMERICAN FUTURE TECHNOLOGY CORPORATION, a California corporation; SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation; FROZENCPU.COM, INC., a New York corporation; and RAIDMAX TECH., INC., a California corporation,
Defendants.
_____/

**DEFENDANT RAIDMAX TECH, INC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant RAIDMAX TECH, INC. hereby submits this Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support states:

1. Defendant RAIDMAX TECH, INC. has only recently engaged undersigned counsel and requires more time to respond to Plaintiff's Complaint.

2. Additionally, Defendant RAIDMAX TECH, INC. and Plaintiff AMERICAN TECHNOLOGY, INC. are currently circulating a draft settlement agreement. Both parties foresee the execution of a settlement agreement in the next week. Consequently, Defendant RAIDMAX TECH, INC. respectfully requests an extension until May 27, 2010 to respond to Plaintiff's Complaint.

3. This request is short (2 weeks), reasonable and not submitted for any improper purpose.

4. Pursuant to Local Rule 3.01(g), Defendant RAIDMAX TECH, INC's undersigned counsel has conferred with counsel for Plaintiff, Kevin I. Shenkman, Esq., who agreed to the requested extension.

WHEREFORE, Defendant RAIDMAX TECH, INC. respectfully requests an extension of time until May 27, 2010 to file a response to Plaintiff's Complaint.

Dated: May 13, 2010

Respectfully submitted,

*/s Mark Terry*
Mark Terry (Fla. Bar No. 506151)
*mark@terryfirm.com*
801 Brickell Avenue, Suite 900
Miami, Florida 33131
Telephone: (786) 443-7720
Facsimile: (786) 513-0381
*Attorney for Defendant RAIDMAX TECH, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2010, I electronically filed the foregoing document with the clerk of Court using CM/ECF, which will transmit Notices of Electronic Filing to all counsel of record and that I mailed the aforesaid document to the following non-CM-ECF participants:

| | |
|---|---|
| Linkdat, Inc. | W. Steven Chou |
| Gideon Charles, Sr., President | Law Offices of W. Steven Chou, PLC |
| 9016 Lem Turner Road | 14111 Freeway Drive – Suite 300 |
| Jacksonville, Florida 32208 | Santa Fe Springs, California 90670 |

Thomas Chan and Rex Hwang
Chan Law Group L.L.P.
1055 West Seventh Street – Suite 1880
Los Angeles, California 90017

*/s Mark Terry*
Mark Terry