**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC., a Nevada corporation,<br>        Plaintiff,<br>vs.<br><br>ALTIMA COMPUTERS, INC., a Florida corporation; COOLERGUYS.COM, INC., a Nevada corporation; CPUTOPIA, LLC, a Nevada limited liability company; FRONTIERPC.COM COMPUTER LLC, a Delaware limited liability company; IC INTRACOM HOLDINGS, LLC, a Florida limited liability company; LINKDAT, INC., a Florida corporation; MARLIN P. JONES & ASSOCIATES, INC., a Florida corporation; NAC GROUP, INC., a Florida corporation; OUTLET PC.COM, a Nevada corporation; VELOCITY MICRO, INC., a Virginia corporation, CYBERTRON INTERNATIONAL, INC., a Kansas corporation; AMERICAN FUTURE TECHNOLOGY CORPORATION, a California corporation; SILICONMOUNTAIN HOLDINGS, INC., a California corporation,<br><br>        Defendant | Case No.: 6:10-CV-488-ORL-22GJK |

**NOTICE OF PENDENCY OF OTHER ACTIONS BY
DEFENDANT AMERICAN FUTURE TECHNOLOGY CORPORATION**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: May 17, 2010.

                    *s/* Jeffrey S. Boyles
                    Brian R. Gilchrist, Esq.
                    Florida Bar Number 774065
                    bgilchrist@addmg.com
                    Jeffrey S. Boyles, Esq.
                    Florida Bar Number 722308
                    jboyles@addmg.com
                    ALLEN, DYER, DOPPELT,
                      MILBRATH & GILCHRIST, P.A.
                    255 S. Orange Avenue, Suite 1401
                    Orlando, FL 32801
                    Telephone: (407) 841-2330
                    Facsimile: (407) 841-2343

                    Thomas Chan
                    Rex Hwang
                    Chan Law Group, LLP
                    CHAN LAW GROUP LLP
                    1055 West Seventh Street, Suite 1880
                    Los Angeles, California 90017
                    Telephone: (213) 624-6560
                    Facsimile:  (213) 622-115

                    **Attorneys for Defendant**
                    **American Future Technology**
                    **Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2010, the foregoing was submitted for filing to the Clerk of the District Court by using CM/ECF, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Robert J. Stovash, Esquire
rstovash@sctlaw.com
Stovash Case & Tingley PA
SunTrust Center
200 S. Orange Avenue, Ste. 1220
Orlando, Florida 32801

Kevin I. Shenkman, Esquire
kshenkman@ztllp.com
Olivier A. Taillieu, Esquire
otaillieu@ztllp.com
Zuber & Taillieu LLP
10866 Wilshire Boulevard, Ste. 300
Los Angeles, California 90024
**Attorneys for Plaintiff**

James H. Beusse, Esq.
jbeusse@iplawfl.com
Amber N. Davis
adavis@iplawfl.com
Beusse Wolter Sanks Mora
 & Maire, P.A.
390 N. Orange Avenue, Ste. 2500
Orlando, FL 32801
**Attorneys for Marlin Jones**

Mark Terry, Esq.
mark@terryfirm.com
801 Brickell Avenue, Suite 900
Miami, FL 33131
**Attorney for CPUTOPIA, INC. and RAIDMAX TECH, INC.**

Sidney W. Kilgore, Esq.
skilgore@penningtonlawfirm.com
Pennington Moore Wilkinson
Bell & Dunbar P.A.
2701 N Rocky Point Dr., Ste 900
Tampa, FL 33607-5975
**Attorney for NAC Group, Inc.**

James A. Edwards, Esq.
jedwards@hwlawonline.com
Hewitt Wolensky, LLP
875 Concourse Parkway S., Ste. 220
Maitland, Florida 32751
**Attorneys for Defendant Velocity Micro, Inc.**

| | |
|---|---|
| J. Todd Timmerman, Esquire<br>ttimmerman@slk-law.com<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Ste. 2800<br>Tampa, Florida 33602<br>**Attorney for Defendant,**<br>**IC Intracom Holdings, LLC** | Matthew Seth Sarelson, Esq.<br>msarelson@sarelson.com<br>SARELSON LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, Florida 33131<br>**Attorney for Defendant,**<br>**CPUTOPIA, LLC** |

T. Todd Pittenger, Esquire
todd.pittenger@lowndes-law.com
Lowndes Drosdick Doster Kantor
 & Reed, P.A.
450 South Orange Avenue, Suite 800
Orlando, FL 32801-3344
**Attorney for FrozenCPU.com**

  I further certify that the foregoing has been served via U.S. Mail this 17th day of May, 2010 to:

**Linkdat, Inc.**
c/o Gideon Charles, Sr.
President
9016 Lem Turner Rd.
Jacksonville, FL 32208

            s/Jeffrey S. Boyles
            Jeffrey S. Boyles
            Florida Bar No. 722308