# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC., a Nevada corporation,<br>   Plaintiff,<br>vs.<br><br>ALTIMA COMPUTERS, INC., a Florida corporation; COOLERGUYS.COM, INC., a Nevada corporation; CPUTOPIA, LLC, a Nevada limited liability company; FRONTIERPC.COM COMPUTER LLC, a Delaware limited liability company; IC INTRACOM HOLDINGS, LLC, a Florida limited liability company; LINKDAT, INC., a Florida corporation; MARLIN P. JONES & ASSOCIATES, INC., a Florida corporation; NAC GROUP, INC., a Florida corporation; OUTLET PC.COM, a Nevada corporation; VELOCITY MICRO, INC., a Virginia corporation, CYBERTRON INTERNATIONAL, INC., a Kansas corporation; AMERICAN FUTURE TECHNOLOGY CORPORATION, a California corporation; SILICONMOUNTAIN HOLDINGS, INC., a California corporation,<br><br>   Defendant | Case No.: 6:10-CV-488-ORL-22GJK |

## CERTIFICATE OF INTERESTED PERSONS CORPORATE DISCLOSURE STATEMENT BY DEFENDANT AMERICAN FUTURE TECHNOLOGY CORPORATION

I hereby disclose the following pursuant to this Court's Order on Interested Persons:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the

outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    American Technology, Inc.

    Altima Computers, Inc.

    Coolerguys.com

    CPUTopia, LLC

    FrontierPC.com Computer, LLC

    IC Intracom Holdings, LLC

    Linkdat, Inc.

    Marlin P. Jones & Associates, Inc.

    NAC Group, Inc.

    Outlet PC.com

    Velocity Micro, Inc.

    Cybertron International, Inc.

    American Future Technology Corporation

    Silicon Mountain Holdings, Inc.

    FrozenCPU.com, Inc.

    Raidmax Tech., Inc.

    Zuber & Taillieu L.L.P.

    Kevin Shenkman, Atty.

    Olivier A. Taillieu, Atty.

Stovash, Case & Tingley, P.A.

Robert J. Stovash, Atty.

Mark Terry, Atty.

Sarelson Law Firm, P.A.

Matthew S. Sarelson, Atty.

Shumaker, Loop & Kendrick, L.L.P.

John Todd Timmerman, Atty.

Beusse Wolter Sanks Mora & Maire, P.A.

Amber N. Davis, Atty.

James H. Beusse, Atty.

Pennington, Moore, Wilkinson, Bell & Dunbar, P.A.

Sidney W. Kilgore, Atty.

Hewitt Wolensky, L.L.P.

James A. Edwards

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

Ava K. Doppelt, Atty.

Jeffrey Scott Boyles, Atty.

Brian R. Gilchrist, Atty.

Chan Law Group, L.L.P.

Thomas Chan, Atty.

Rex Hwang, Atty.

Lowndes, Drosdick, Doster, Kantor & Reed, P.A.

        Thomas Todd Pittenger, Atty.

        Storm, L.L.P.

        John G. Fischer, Atty.

        Anthony P. Miller, Atty.

        Law Offices of W. Steven Chou, PLC

        W. Steven Chou, Atty.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict.

DATED May 17, 2010.

        Respectfully submitted,

*s/ Jeffrey S. Boyles*
Brian R. Gilchrist, Esq.
Florida Bar Number 774065
bgilchrist@addmg.com
Jeffrey S. Boyles, Esq.
Florida Bar Number 722308
jboyles@addmg.com
ALLEN, DYER, DOPPELT,
  MILBRATH & GILCHRIST, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Thomas Chan
Rex Hwang
Chan Law Group, LLP
CHAN LAW GROUP LLP
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone: (213) 624-6560
Facsimile:   (213) 622-115

**Attorneys for Defendant
American Future Technology
Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2010, the foregoing was submitted for filing to the Clerk of the District Court by using CM/ECF, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Robert J. Stovash, Esquire
rstovash@sctlaw.com
Stovash Case & Tingley PA
SunTrust Center
200 S. Orange Avenue, Ste. 1220
Orlando, Florida 32801

Kevin I. Shenkman, Esquire
kshenkman@ztllp.com
Olivier A. Taillieu, Esquire
otaillieu@ztllp.com
Zuber & Taillieu LLP
10866 Wilshire Boulevard, Ste. 300
Los Angeles, California 90024
**Attorneys for Plaintiff**

James H. Beusse, Esq.
jbeusse@iplawfl.com
Amber N. Davis
adavis@iplawfl.com
Beusse Wolter Sanks Mora
 & Maire, P.A.
390 N. Orange Avenue, Ste. 2500
Orlando, FL 32801
**Attorneys for Marlin Jones**

Mark Terry, Esq.
mark@terryfirm.com
801 Brickell Avenue, Suite 900
Miami, FL 33131
**Attorney for CPUTOPIA, INC. and RAIDMAX TECH, INC.**

Sidney W. Kilgore, Esq.
skilgore@penningtonlawfirm.com
Pennington Moore Wilkinson
Bell & Dunbar P.A.
2701 N Rocky Point Dr., Ste 900
Tampa, FL 33607-5975
**Attorney for NAC Group, Inc.**

James A. Edwards, Esq.
jedwards@hwlawonline.com
Hewitt Wolensky, LLP
875 Concourse Parkway S., Ste. 220
Maitland, Florida 32751
**Attorneys for Defendant Velocity Micro, Inc.**

| | |
|---|---|
| J. Todd Timmerman, Esquire<br>ttimmerman@slk-law.com<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Ste. 2800<br>Tampa, Florida 33602<br>**Attorney for Defendant,**<br>**IC Intracom Holdings, LLC** | Matthew Seth Sarelson, Esq.<br>msarelson@sarelson.com<br>SARELSON LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, Florida 33131<br>**Attorney for Defendant,**<br>**CPUTOPIA, LLC** |

T. Todd Pittenger, Esquire
todd.pittenger@lowndes-law.com
Lowndes Drosdick Doster Kantor
 & Reed, P.A.
450 South Orange Avenue, Suite 800
Orlando, FL 32801-3344
**Attorney for FrozenCPU.com**

  I further certify that the foregoing has been served via U.S. Mail this 17th day of May, 2010 to:

**Linkdat, Inc.**
c/o Gideon Charles, Sr.
President
9016 Lem Turner Rd.
Jacksonville, FL 32208

            <u>s/Jeffrey S. Boyles</u>
            Jeffrey S. Boyles
            Florida Bar No. 722308