UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC.,
a Nevada corporation,

Plaintiff,

vs.                                                                 Case No. 6:10-cv-00488-ACC-GJK

ALTIMA COMPUTERS, INC., a Florida
corporation; COOLERGUYS.COM, INC., a
Nevada corporation; CPUTOPIA, LLC, a
Nevada limited liability company;
FRONTIERPC.COM COMPUTER LLC, a
Delaware limited liability company; IC
INTRACOM HOLDINGS, LLC, a Florida
limited liability company; LINKDAT, INC., a
Florida corporation; MARLIN P. JONES &
ASSOCIATES, INC., a Florida corporation;
NAC GROUP, INC., a Florida corporation;
OUTLET PC.COM, a Nevada corporation;
VELOCITY MICRO, INC., a Virginia
corporation; CYBERTRON
INTERNATIONAL, INC., a Kansas
corporation; AMERICAN FUTURE
TECHNOLOGY CORPORATION, a
California corporation; SILICON
MOUNTAIN HOLDINGS, INC., a Colorado
corporation; FROZENCPU.COM, INC., a
New York corporation; and RAIDMAX
TECH., INC., a California corporation,
Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT BY DEFENDANT RAIDMAX TECH, INC.

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

American Technology, Inc.

Altima Computers, Inc.

Coolerguys.com

CPUTopia, LLC

FrontierPC.com Computer, LLC

IC Intracom Holdings, LLC

Linkdat, Inc.

Marlin P. Jones & Associates, Inc.

NAC Group, Inc.

Outlet PC.com

Velocity Micro, Inc.

Cybertron International, Inc.

American Future Technology Corporation

Silicon Mountain Holdings, Inc.

VCI Systems, Inc.

SBU, Inc.

Silicon Mountain Memory Incorporated

FrozenCPU.com, Inc.

Raidmax Tech., Inc.

Zuber & Taillieu L.L.P.

Kevin Shenkman, Atty.

Olivier A. Taillieu, Atty.

Stovash, Case & Tingley, P.A.

Robert J. Stovash, Atty.

Mark Terry, Atty.

Sarelson Law Firm, P.A.

Matthew S. Sarelson, Atty.

Shumaker, Loop & Kendrick, L.L.P.

John Todd Timmerman, Atty.

Beusse Wolter Sanks Mora & Maire, P.A.

Amber N. Davis, Atty.

James H. Beusse, Atty.

Pennington, Moore, Wilkinson, Bell & Dunbar, P.A.

Sidney W. Kilgore, Atty.

Hewitt Wolensky, L.L.P.

James A. Edwards

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

Ava K. Doppelt, Atty.

Jeffrey Scott Boyles, Atty.

Brian R. Gilchrist, Atty.

Chan Law Group, L.L.P.

> Thomas Chan, Atty.
>
> Rex Hwang, Atty.
>
> Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
>
> Thomas Todd Pittenger, Atty.
>
> Storm, L.L.P.
>
> John G. Fischer, Atty.
>
> Anthony P. Miller, Atty.
>
> Law Offices of W. Steven Chou, PLC
>
> W. Steven Chou, Atty.

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

> None.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

> None.

4.  The name of each victim (individual and corporate), including every person who may be entitled to restitution:

> None known, however, Plaintiff has alleged damages in this action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict.

Dated: May 18, 2010               Respectfully submitted,

*/s Mark Terry*
Mark Terry (Fla. Bar No. 506151)
*mark@terryfirm.com*
801 Brickell Avenue, Suite 900
Miami, Florida 33131
Telephone: (786) 443-7720
Facsimile: (786) 513-0381
*Attorney for Defendant RAIDMAX TECH, INC.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2010, I electronically filed the foregoing document with the clerk of Court using CM/ECF, which will transmit Notices of Electronic Filing to all counsel of record and that I mailed the aforesaid document to the following non-CM-ECF participants:

Linkdat, Inc.
Gideon Charles, Sr., President
9016 Lem Turner Road
Jacksonville, Florida 32208

*/s Mark Terry*
Mark Terry