UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN TECHNOLOGY, INC., )
A Nevada corporation, )
 )
       Plaintiff, ) CASE NO. 6:10-cv-488-Orl-22GJK
 )
v. )
 )
 )
ALTIMA COMPUTERS, INC., a Florida )
corporation; COOLERGUYS.COM, INC., a )
Nevada corporation; CPUTOPIA, LLC, a )
Nevada limited liability company; )
FRONTIERPC.COM COMPUTER LLC , a )
Delaware limited liability company; )
FRONTIERPC.COM COMPUTER LLC, a )
Delaware limited liability company; IC )
INTRACOM HOLDINGS, LLC, a Florida )
limited liability company; LINKDAT, INC., )
a Florida corporation; MARLIN P. JONES )
& ASSOCIATES, INC., a Florida )
corporation; NAC GROUP, INC., a Florida )
corporation; OUTLET PC.COM, a )
Nevada corporation; VELOCITY MICRO, )
INC., a Virginia corporation, CYBERTRON )
INTERNATIONAL, INC., a Kansas )
corporation; AMERICAN FUTURE )
TECHNOLOGY CORPORATION, a )
California corporation; SILICON )
MOUNTAIN HOLDINGS, INC., a )
Colorado corporation, FROZENCPU.COM, )
INC., a New York corporation; and )
RAIDMAX TECH., INC., a California )
corporation, )
 )
       Defendants. )
_____)

**DEFENDANT VELOCITY MICRO, INC.'S
UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Velocity Micro, Inc., files its unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint and states that Plaintiff's Counsel, Kevin, L. Shenkman, has graciously consented to an extension of time for this Defendant to serve its response to Plaintiff's Complaint through and including May 26, 2010.

**COMPLIANCE WITH LOCAL RULE 3.01(g)**

Counsel for Defendant has conferred with Plaintiff's counsel who is not opposed to the requested relief.

WHEREFORE, Defendant respectfully requests the Court extend the deadline for responding to Plaintiff's Complaint to May 26, 2010, or such other relief as the Court deems just and proper.

Respectfully submitted this 19th day of May, 2010.

*/s/ James A. Edwards*
JAMES A. EDWARDS, ESQUIRE
Florida Bar No. 0279013
HEWITT WOLENSKY LLP
875 Concourse Parkway South – Suite 220
Maitland, Florida  32751
Telephone:  (407) 645-5050
Telecopier:  (407) 645-5550
jedwards@hwlawonline.com
*Attorneys for Defendant Velocity Micro, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that sent electronic notification to the

following:  Robert J. Stovash, Esquire, Stovash, Case & Tingley, P.A., SunTrust Center, 200 S. Orange Ave., Suite 1220, Orlando, FL 32801; Kevin I. Shenkman, Esquire, Zuber & Taillieu LLP, 10866 Wilshire Blvd., Suite 300, Los Angeles, CA 90024; James H. Beusse, Esquire, Beusse, Wolter, Sanks, Mora & Maire, P.A., 390 N. Orange Ave., Suite 2500, Orlando, FL 32801; Mark Terry, Esquire, 801 Brickell Ave., Suite 900, Miami, FL 33131; Sidney W. Kilgore, Esquire, Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., 2701 N Rocky Point Drive, Suite 900, Tampa, FL 33607; and Jefrey S. Boyles, Esquire, Allen, Dyer, Doppelt, Milbrath & Gilchrist, 255 South Orange Ave., Suite 1401, Orlando, FL 32802.

*/s/ James A. Edwards*