# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERICAN TECHNOLOGY, INC.**, a
Nevada corporation,

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-488-Orl-22GJK**

**ALTIMA COMPUTERS, INC., COOLERGUYS.COM, INC.,CPUTOPIA, LLC, FRONTIERPC.COM COMPUTER, LLC, IC INTRACOM HOLDINGS, LLC, LINKDAT, INC., MARLIN P. JONES & ASSOCIATES, INC., NAC GROUP, INC., OUTLET PC.COM, VELOCITY MICRO, INC., CYBERTON INTERNATIONAL, INC., AMERICAN FUTURE TECHNOLOGY CORPORATION, SILICON MOUNTAIN HOLDINGS, INC., FROZENCPU.COM, INC., and RAIDMAX TEC., INC.,**

        **Defendants.**
_____/

### RELATED CASE ORDER, INTERESTED PERSONS ORDER AND ORDER REQUIRING ELECTRONIC FILING DIRECTED TO DEFENDAN VELOCITY MICRO, INC.

**RELATED CASE ORDER:**   No later than **June 11, 2010**, counsel for Defendant shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The Defendant(s) shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

**INTERESTED PERSONS ORDER:**   This Court makes an active effort to screen every case in order to identify parties and interested corporations in which any assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal.

Accordingly,  no later than **June 11, 2010**, **Defendant shall file and serve** a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT utilizing the attached form.

No party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.  A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

Each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within eleven days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer.  A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

In order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk.  *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*"  discouraged).

**ORDER REQUIRING ELECTRONIC FILING:**         All attorneys appearing before this court are **required** to register for CM/ECF docketing **within 15 days** of their entry of appearance in any action pending before this Court.  Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they **are to request their password** from the Court.  **(NOTE:  Pro Se parties are exempt from the electronic filing requirement.)**

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2010.

                    <u>ANNE C. CONWAY</u>
                    Anne C. Conway [22]
                    Chief United States District Judge

Attachments:   Notice of Pendency of Other Actions [mandatory form]
                     Certificate of Interested Persons Order and Corporate Disclosure Statement

Copies to:      All Counsel of Record
                     All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERICAN TECHNOLOGY, INC.**, a
Nevada corporation,

             **Plaintiff,**

v.                                      Case No.  6:10-cv-488-Orl-22GJK

**ALTIMA COMPUTERS, INC., COOLERGUYS.COM, INC., CPUTOPIA, LLC, FRONTIERPC.COM COMPUTER, LLC, IC INTRACOM HOLDINGS, LLC, LINKDAT, INC., MARLIN P. JONES & ASSOCIATES, INC., NAC GROUP, INC., OUTLET PC.COM, VELOCITY MICRO, INC., CYBERTON INTERNATIONAL, INC., AMERICAN FUTURE TECHNOLOGY CORPORATION, SILICON MOUNTAIN HOLDINGS, INC., FROZENCPU.COM, INC., and RAIDMAX TEC., INC.,**

             **Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____  IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
_____
_____
_____

_____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or Pro Se Party
   [Address and Telephone]

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

[insert list]

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

[insert list]

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

[insert list]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

[insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

[Date]  
_____  
[Counsel of Record or *Pro Se* Party]  
[Address and Telephone]

[Certificate of Service]