UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ALTIMA COMPUTERS, INC., a Florida corporation; COOLERGUYS.COM, INC., a Nevada corporation; CPUTOPIA, LLC, a Nevada limited liability company; FRONTIERPC.COM COMPUTER LLC, a Delaware limited liability company; IC INTRACOM HOLDINGS, LLC, a Florida limited liability company; LINKDAT, INC., a Florida corporation; MARLIN P. JONES & ASSOCIATES, INC., a Florida corporation; NAC GROUP, INC., a Florida corporation; OUTLET PC.COM, a Nevada corporation; VELOCITY MICRO, INC., a Virginia corporation, CYBERTRON INTERNATIONAL, INC., a Kansas corporation; AMERICAN FUTURE TECHNOLOGY CORPORATION, a California corporation; SILICON MOUNTAIN HOLDINGS, INC., a Colorado corporation; FROZENCPU.COM, INC., a New York corporation; and RAIDMAX TECH., INC., a California corporation.<br><br>        Defendants. | CASE NO. 6:10-cv-00488-ACC-GJK<br><br>Trial Date:        None Set |

### NOTICE OF DISMISSAL OF DEFENDANT CPUTOPIA, LLC [FED. R. CIV. P. 41(a)(1)(A)(i)]

PLEASE TAKE NOTICE THAT, pursuant to the settlement agreement between Plaintiff American Technology, Inc. and CPUTopia, LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned case is hereby dismissed with prejudice as to CPUTopia, LLC only. CPUTopia, LLC has not served an answer or a motion for summary judgment.

Dated this 25th day of May, 2010.

By: _____
OLIVIER A. TAILLIEU (SBN 206546)
KEVIN I. SHENKMAN (SBN 223315)
ZUBER & TAILLIEU LLP
10866 Wilshire Boulevard, Suite 300
Los Angeles, California 90024
Telephone: (310) 807-9700
Facsimile: (310) 807-9701

Attorneys for American Technology, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF DISMISSAL** has been electronically filed with the Clerk of the Court using the CM/ECF system on this 25th day of May, 2010 and which will electronically transmit an electronic copy to:

James H. Beusse
Amber N. Davis
BEUSSE WOLTER SANKS MORA &
MAIRE, P.A.
390 North Orange Avenue
Suite 2500
Orlando, FL 32801
Telephone : (407) 926-7702
Facsimile: (407) 926-7720
jbeusse@cfl.rr.com
adavis@iplawfl.com
*Attorneys for Defendant MARLIN P. JONES & ASSOCIATES, INC.*

Sidney W. Kilgore
PENNINGTON, MOORE, WILKINSON,
BELL & DUNBAR, P.A.
Island Center – Suite 900
2701 North Rocky Point Drive
Tampa, Florida 33607-5975
Telephone: (813) 639-9599
Facsimile: (813) 639-1488
skilgore@penningtonlaw.com
*Attorney for Defendant NAC GROUP, INC.*

Mark Terry
OFFICE OF MARK TERRY, ESQ.
801 Brickell Ave.
Suite 900
Miami, FL 33131
Telephone : (786) 443-7720
Facsimile: (786) 513-0381
mark@terryfirm.com
*Attorney for Cputopia LLC and Raidmax Tech, Inc.*

Matthew S. Sarelson
SARELSON LAW FIRM, PA
1401 Brickell Ave.
Suite 510
Miami, FL 33131
Telephone : (305) 379-0305
Facsimile: (800) 421-9954
msarelson@sarelson.com
*Attorney for Cputopia LLC*

John Todd Timmerman
SHUMAKER, LOOP & KENDRICK LLP
101 E. Kennedy Blvd.
Suite 2800
Tampa, FL 33672-0609
Telephone : (813) 229-7600
Facsimile: (813) 229-1660
ttimmerman@slk-law.com
*Attorney for IC Intracom Holdings LLC*

James A. Edwards
HEWITT WOLENSKY LLP
875 Concourse Pkwy S
Suite 220
Maitland, FL 32751
Telephone : (407) 645-5050
Facsimile: (407) 645-5550
jedwards@hwlawonline.com
*Attorney for Velocity Micro, Inc.*

Ava K. Doppelt
Jeffrey Scott Boyles
ALLEN DYER DOPPELT MILBRATH &
GILCHRIST PA
225 S. Orange Ave.
Suite 1401
Orlando, FL 32802-3791
Telephone : (407) 841-2330
Facsimile: (407) 841-2343
adoppelt@addmg.com
jboyles@addmg.com
*Attorneys for Silicon Mountain Holdings, Inc.*

W. Steven Chou
LAW OFFICES OF W. STEVEN CHOU PLC
14111 Freeway Dr.
Suite 300
Santa Fe Springs, CA 90670
Telephone : (562) 407-9333
*Attorney for Raidmax Tech., Inc.*

Anthony P. Miller
John G. Fisher
STORM LLP
901 Main Street, Suite #7100
Dallas, TX 75202
Telephone: (214) 347-4700
Facsimile: (214) 347-4799
*Attorneys for FrozenCPU.com, Inc.*

Thomas Todd Pittenger
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, PA
215 N Eola Dr
PO Box 2809
Orlando, FL 32802-2809
Telephone: (407) 843-4600 Ext 282
Facsimile: (407) 843-4444
todd.pittenger@lowndes-law.com
*Attorney for FrozenCPU.com, Inc.*

By: _____
Kevin I. Shenkman