**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| AMERICAN TECHNOLOGY, INC. §<br>    Plaintiff, §<br>vs. §<br>ALTIMA COMPUTERS, INC., §<br>COOLERGUYS.COM, INC., §<br>CPUTOPIA, LLC, §<br>FRONTIERPC.COM COMPUTER §<br>LLC, IC INTRACOM HOLDINGS, §<br>LLC, LINKDAT, INC., MARLIN P. §<br>JONES & ASSOCIATES, INC., NAC §<br>GROUP, INC., OUTLET PC.COM, §<br>VELOCITY MICRO, INC., §<br>CYBERTRON INTERNATIONAL, §<br>INC., AMERICAN FUTURE §<br>TECHNOLOGY CORPORATION, §<br>SILICON MOUNTAIN HOLDINGS, §<br>INC., FROZENCPU.COM, INC., and §<br>RAIDMAX TECH., INC. §<br>    Defendants. §<br>§ | Case No. 6:10-CV-488-ORL-22GJK |

**JOINDER OF DEFENDANT, FROZENCUP.COM, INC., IN DISPOSITIVE MOTION TO DISMISS FOR PLAINTIFF'S LACK OF CAPACITY TO SUE AND LACK OF STANDING TO SUE [Doc 103][Doc. 102]**

The Defendant, **FROZENCPU.COM, INC.** ("FrozenCPU"), hereby joins in Defendant, Velocity Micro, Inc.'s (A) Dispositive Motion to Dismiss for the Lack of Plaintiff's Capacity to Sue; and (B) Dispositive Motion to Dismiss with Prejudice for the Lack of Plaintiff's Standing to Sue [Doc. 103] filed May 26, 2010; and Defendant, American Future Technology Corporation's A) Dispositive

0061080\140613\1307686\1

Motion to Dismiss for the Lack of Plaintiff's Capacity to Sue; and (B) Dispositive Motion to Dismiss with Prejudice for the Lack of Plaintiff's Standing to Sue [Doc. 102] also filed May 26, 2010.  FrozenCPU's Motion to Dismiss [Doc. 75] stands.

Dated:  June 1, 2010

/s/  Thomas Todd Pittenger
T. Todd Pittenger, Esquire
Florida Bar No. 0768936
Lowndes Drosdick Doster Kantor & Reed
450 South Orange Avenue, Suite 800
Orlando, FL 32801-3344
Direct: (407) 418-6282
Office: (407) 843-4600
Fax: (407) 843-4444
todd.pittenger@lowndes-law.com

John G. Fischer
  Texas State Bar No. 00795890
  jgfischer@stormllp.com
Anthony P. Miller
  Texas Bar No. 24041484
  amiller@stormllp.com
Storm LLP
901 Main Street, Suite 7100
Dallas, Texas 75201
T: (214) 347-4700; F: (214) 347-4799

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that all counsel of record are CM/ECF participants, this 20TH day of May, 2010.

/s/ Thomas Todd Pittenger
T. Todd Pittenger