**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMERICAN TECHNOLOGY, INC.
a Nevada corporation,

                Plaintiff,

vs.                                        CASE NO. 6:10-cv-488-Orl-22GJK

ALTIMA COMPUTERS, INC., a Florida
corporation; COOLERGUYS.COM, INC., a
Nevada corporation; FRONTIERPC.COM
COMPUTER LLC, a Delaware limited
liability company; IC INTRACOM
HOLDINGS, LLC, a Florida limited liability
company; LINKDAT, INC., a Florida
corporation; NAC GROUP, INC., a Florida
corporation; VELOCITY MICRO, INC., a
Virginia corporation; CYBERTRON
INTERNATIONAL, INC., a Kansas
corporation; AMERICAN FUTURE
TECHNOLOGY CORPORATION, a
California corporation; SILICON
MOUNTAIN HOLDINGS, INC., a Colorado
corporation; FROZENCPU.COM, INC., a
New York corporation,

                Defendants.
_____/

**UNOPPOSED MOTION FOR ORDER ALLOWING**
**ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

      Defendants AMERICAN FUTURE TECHNOLOGY CORPORATION and VELOCITY MICRO, INC. ("Defendants"), through counsel, hereby move this Court for an Order allowing lead counsel for Defendants, based in California, to attend the Case Management Conference Telephonically and, in support thereof, states as follows:

1.      Plaintiff filed the instant action on April 1, 2010.  Defendants filed Motions to Dismiss the Complaint on May 26, 2010.

2.      Pursuant to Local Rule 3.05 and this Court's approved Case Management Report form, lead counsel for both parties must meet *in person* for a Case Management Conference ("CMC") to discuss and prepare the Case Management Report.

3.      Pursuant to this Court's Rules, the deadline to conduct a Case Management Meeting is June 7, 2010.  Plaintiff contacted the various defendants in this matter on June 1, 2010 to coordinate a date and time to conduct the CMC; however, at present, a conference has not been scheduled.

4.       Attorney Thomas Chan and the Chan Law Group, LLP of Los Angeles, California are lead trial Counsel for Defendants.  Attorneys Brian Gilchrist and Jeffrey Boyles of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. are local counsel for the Defendants.  Jeffrey Boyles is also lead counsel for co-defendant Silicon Mountain Holdings, Inc.

5.      As the CMC has not yet been scheduled by Plaintiff, Mr. Chan has not been able to coordinate travel arrangements from California and would have difficulty doing so at this point without significant expense to the Defendants.

6.      Accordingly, Defendants request an order allowing lead counsel to attend the Case Management Conference telephonically.  Attorney Jeffrey Boyles will attend the Case Management Conference in person.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies that he has personally conferred with counsel

2


for Plaintiff, who indicates Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, Defendants respectfully request this Court to enter an Order allowing lead counsel for Defendants to appear at the Local Rule 3.05 Case Management Conference telephonically, together with such further relief as this Court deems just and proper.

Respectfully submitted on June 3, 2010.

/s/Thomas Chan
Rex Hwang
Thomas Chan
Chan Law Group, LLP
CHAN LAW GROUP LLP
1055 West Seventh Street,
Suite 1880
Los Angeles, California 90017
Telephone: (213) 624-6560
Facsimile: (213) 622-1154
***Lead Counsel for Defendants***
***American Future Technology Corporation***
***and Velocity Micro, Inc.***

Brian R. Gilchrist, Esq.
Florida Bar Number 774065
bgilchrist@addmg.com
Jeffrey S. Boyles, Esq.
Florida Bar Number 722308
jboyles@addmg.com
Allen, Dyer, Doppelt, Milbrath
  & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
***Local Counsel for Defendant***
***American Future Technology Corporation***
***and Velocity Micro, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2010, the foregoing was submitted for filing to the Clerk of the District Court by using CM/ECF, which will send a Notice of Electronic Filing to the following CM/ECF participants:

Robert J. Stovash, Esq.
rstovash@sctlaw.com
Stovash Case & Tingley PA
200 S. Orange Avenue, Ste. 1220
Orlando, Florida 32801

and

Kevin I. Shenkman, Esq.
kshenkman@ztllp.com
Olivier A. Taillieu, Esquire
otaillieu@ztllp.com
Zuber & Taillieu LLP
10866 Wilshire Boulevard, Ste. 300 Los Angeles, California 90024
*Attorneys for Plaintiff*

T. Todd Pittenger, Esquire
todd.pittenger@lowndes-law.com
Lowndes Drosdick Doster Kantor & Reed
450 South Orange Avenue, Suite 800
Orlando, FL 32801-3344
*Attorneys for FrozenCPU.com, Inc.*

Sidney W. Kilgore, Esq.
skilgore@penningtonlawfirm.com
Pennington Moore Wilkinson
Bell & Dunbar P.A.
2701 N Rocky Point Dr., Ste 900
Tampa, FL 33607-5975
*Attorney for NAC Group, Inc.*

J. Todd Timmerman, Esq.
ttimmerman@slk-law.com
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Ste. 2800
Tampa, Florida 33602
*Attorney for IC Intracom Holdings, LLC*

I further certify that the foregoing has been served via U.S. Mail this 3rd day of June, 2010 to:

| | |
|---|---|
| Linkdat, Inc. | Anthony P. Miller, Esq. |
| c/o Gideon Charles, Sr. | John G. Fisher, Esq. |
| President | Storm LLP |
| 9016 Lem Turner Rd. | 901 Main Street, Suite #7100 |
| Jacksonville, FL 32208 | Dallas, TX 75202 |
| | ***Attorneys for FrozenCPU.com, Inc.*** |

*s/Jeffrey S. Boyles*
Jeffrey S. Boyles